FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTONIO RUBIO HERAS T/N (1), aka ANTONIO DIAS-SUAREZ, LUIS ENRIQUE SALGADO-VEGA (2),<br>Defendants. | Criminal Case No. 08CR1233-DMS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about March 20, 2008, within the Southern District of California, defendants ANTONIO RUBIO-HERAS and LUIS ENRIQUE SALGADO-VEGA, did knowingly and intentionally possess, with intent to distribute, 100 kilograms or more, to wit: approximately 814.80 kilograms (1,796.30 pounds) of Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: April 17, 2008 .

KAREN P. HEWITT
United States Attorney

John F. Weis for

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:Imperial
4/17/08