AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
RUBIO-HERAS
AKA ANTONIO DIAS-GOMEZ

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR1233-DMS

I, ANTONIO RUBIO HERAS, the above named defendant, who is accused of

21 USC 841(a)(1) + 18 USC 2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on APRIL 17 2008 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

*Defendant*

*Counsel for Defendant*

Before ______________________
*Judicial Officer*