FILED
MAY 20 2008
CLERK ... SOUTHERN DISTRICT ... CALIFORNIA
BY ... DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTONIO RUBIO-HERAS T/N (1),<br>aka ANTONIO DIAS-SUAREZ,<br>LUIS ENRIQUE SALGADO-VEGA (2),<br>Defendants. | Criminal Case No. 08CR1233-DMS<br>**Superseding**<br><u>I N F O R M A T I O N</u><br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about March 20, 2008, within the Southern District of California, defendant ANTONIO RUBIO-HERAS, did knowingly and intentionally possess, with intent to distribute, 100 kilograms or more, to wit: approximately 506.76 kilograms (1,117.2 pounds) of Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>Count 2</u>

On or about March 20, 2008, within the Southern District of California, defendant LUIS ENRIQUE SALGADO-VEGA, did knowingly and intentionally possess, with intent to distribute, 100 kilograms or more, to wit: approximately 308.04 kilograms (679.1 pounds) of

CEM:es:Imperial
5/5/08

Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: May 20, 2008.

KAREN P. HEWITT
United States Attorney

Charlotte E. Kaiser for
CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
5/5/08