AO 455(Rev. 5/85) Waiver of Indictment

FILED

MAY 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANTONIO RUBIO-HERAS (T/N)
aka Antonio Dias-Suarez

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 1233-DMS

I, ANTONIO RUBIO-HERAS, the above named defendant, who is accused of committing the following offense:

Count 1: Possession of Marijuana with Intent to Distribute and Aiding and Abetting, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/20/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER